■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL STEIN, Appellant. — Judgment of the County Court, Rockland County, rendered June 19, 1980, affirmed. No opinion. This case is remitted to the County

Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J.P., Titone, Mangano and Gibbons, JJ., concur.